FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEC 1 2 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILL.
EAST ST. LOUIS OFFICE

UNITED STATES OF AMERICA,          )
                                   )
                 Plaintiff,        )
                                   )        No. 17-30207-DRH
          vs.                      )
                                   )        Title 21, United States Code,
GABRIELLE A. JEFFRIES and          )        Section 843(a)(3)
CASSAUNDRA D. JACKSON,             )
                                   )
                 Defendants.       )

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Acquiring or Obtaining a Controlled Substance by Misrepresentation,
Fraud, Forgery, Deception or Subterfuge, 21 U.S.C. § 843(a)(3)
December 8 and 9, 2014 - Walgreens, Collinsville**

On or about December 8 and 9, 2014, in Madison County, within the Southern District of

Illinois,

**GABRIELLE A. JEFFRIES and CASSAUNDRA D. JACKSON,**

defendants, acting together, knowingly and intentionally acquired and obtained a controlled

substance by misrepresentation, fraud, forgery, deception and subterfuge from a pharmacy.   The

Defendanst illegally obtained Phenergan with Codeine, a Schedule V controlled substance,

through the use of a forged prescription from a pharmacy at Walgreens in Collinsville, in violation

of Title 21, United States Code, Sections 843(a)(3) and Title 18, United States Code, Section 2.

## COUNT 2

### Acquiring or Obtaining a Controlled Substance by Misrepresentation, Fraud, Forgery, Deception or Subterfuge, 21 U.S.C. § 843(a)(3)
### December 8, 2014 - CVS, O'Fallon

On or about December 8, 2014, in Saint Clair County, within the Southern District of Illinois,

### GABRIELLE A. JEFFRIES,

defendant, knowingly and intentionally acquired and obtained a controlled substance by misrepresentation, fraud, forgery, deception and subterfuge from a pharmacy.   The Defendant illegally obtained Phenergan with Codeine, a Schedule V controlled substance, through the use of a forged prescription from a pharmacy at CVS in O'Fallon, in violation of Title 21, United States Code, Sections 843(a)(3).

## COUNT 3

### Attempting to Acquire or Obtain a Controlled Substance by Misrepresentation, Fraud, Forgery, Deception or Subterfuge, 21 U.S.C. § 843(a)(3)
### December 8, 2014 - Walgreens, Shiloh

On or about December 8, 2014, in Saint Clair County, within the Southern District of Illinois,

### GABRIELLE A. JEFFRIES,

defendant, knowingly and intentionally attempted to obtain and acquire a controlled substance by misrepresentation, fraud, forgery, deception and subterfuge. The Defendant attempted to illegally obtain Roxicodone, a Schedule II controlled substance, by tendering a forged prescription to a pharmacy at Walgreens in Shiloh, in violation of Title 21, United States Code, Section 843(a)(3) and Title 18, United States Code, Section 2.

2

## COUNT 4

**Acquiring or Obtaining a Controlled Substance by Misrepresentation,**
**Fraud, Forgery, Deception or Subterfuge, 21 U.S.C. § 843(a)(3)**
**December 9, 2014 - CVS, Alton**

On or about December 9, 2014, in Madison County, within the Southern District of Illinois,

## CASSAUNDRA D. JACKSON,

defendant, knowingly and intentionally acquired and obtained a controlled substance by misrepresentation, fraud, forgery, deception and subterfuge from a pharmacy. The Defendant illegally obtained Phenergan with Codeine, a Schedule V controlled substance, through the use of a forged prescription from a pharmacy at CVS in Alton, in violation of Title 21, United States Code, Sections 843(a)(3).

## COUNT 5

**Acquiring or Obtaining a Controlled Substance by Misrepresentation,**
**Fraud, Forgery, Deception or Subterfuge, 21 U.S.C. § 843(a)(3)**
**December 9, 2014 - Walgreens, Alton**

On or about December 9, 2014, in Madison County, within the Southern District of Illinois,

## CASSAUNDRA D. JACKSON,

defendant, knowingly and intentionally acquired and obtained a controlled substance by misrepresentation, fraud, forgery, deception and subterfuge from a pharmacy. The Defendant illegally obtained Phenergan with Codeine, a Schedule V controlled substance, through the use of a forged prescription from a pharmacy at Walgreens in Alton, in violation of Title 21, United States Code, Sections 843(a)(3).

3

## COUNT 6

**Acquiring or Obtaining a Controlled Substance by Misrepresentation,
Fraud, Forgery, Deception or Subterfuge, 21 U.S.C. § 843(a)(3)
December 9, 2014 - CVS, Alton**

On or about December 9, 2014, in Madison County, within the Southern District of Illinois,

### CASSAUNDRA D. JACKSON,

defendant, knowingly and intentionally acquired and obtained a controlled substance by
misrepresentation, fraud, forgery, deception and subterfuge from a pharmacy.  The Defendant
illegally obtained Phenergan with Codeine, a Schedule V controlled substance, through the use of
a forged prescription from a pharmacy at CVS in Alton, in violation of Title 21, United States
Code, Sections 843(a)(3).

## COUNT 7

**Acquiring or Obtaining a Controlled Substance by Misrepresentation,
Fraud, Forgery, Deception or Subterfuge, 21 U.S.C. § 843(a)(3)
December 9, 2014 – Walgreens, Alton**

On or about December 9, 2014, in Madison County, within the Southern District of Illinois,

### CASSAUNDRA D. JACKSON,

defendant, knowingly and intentionally acquired and obtained a controlled substance by
misrepresentation, fraud, forgery, deception and subterfuge from a pharmacy.  The Defendant
illegally obtained Alprazolam, a Schedule IV controlled substance, through the use of a forged
prescription from a pharmacy at Walgreens in Alton, in violation of Title 21, United States Code,
Sections 843(a)(3).

4

## COUNT 8

### Acquiring or Obtaining a Controlled Substance by Misrepresentation, Fraud, Forgery, Deception or Subterfuge, 21 U.S.C. § 843(a)(3) December 9, 2014 – Walgreens, Collinsville

On or about December 9, 2014, in Madison County, within the Southern District of Illinois,

### CASSAUNDRA D. JACKSON,

defendant, knowingly and intentionally acquired and obtained a controlled substance by misrepresentation, fraud, forgery, deception and subterfuge from a pharmacy. The Defendant illegally obtained Alprazolam, a Schedule IV controlled substance, through the use of a forged prescription from a pharmacy at Walgreens in Collinsville, in violation of Title 21, United States Code, Sections 843(a)(3).

**A TRUE BILL**

**FOREPERSON**

DONALD S. BOYCE
United States Attorney
Southern District of Illinois

MICHAEL J. QUINLEY
WILLIAM E. COONAN
Assistant United States Attorneys

Recommended Bond:    $10,000 secured